The People of the State of Illinois ex rel. Andrew Russel, appellee, v. Illinois State Bank of Crete et al., on appeal of William Saller, appellant.    Gen. No. 7,521.

Receivership proceedings.    Order allowing solicitor's fee for serv-

ices for receiver. Appeal from the Circuit Court of Will county; the Hon. Dorrance Dibell, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed April 3, 1926. Donovan & Bray and Rathje, Wesemann, Hinckley & Barnard, for appellant. C. S. Deneen, Roy Massena and W. D. Heise, for appellee; Snapp, Heise & Snapp, of counsel.

Mr. Justice Partlow delivered the opinion of the court.